# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS, | Case No. 1:19-cv-00441-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS UNNECESSARY |
| v. | |
| A. ARREDONDO, et al., | (ECF No. 7) |
| Defendants. | |

Plaintiff David Falls is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on May 10, 2019. (ECF No. 7.) However, since Plaintiff was previously granted *in forma pauperis* status on May 3, 2019, Plaintiff's instant application, (ECF No. 7), is denied as unnecessary.

IT IS SO ORDERED.

Dated: **May 13, 2019**

UNITED STATES MAGISTRATE JUDGE

1