# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS,<br><br>    Plaintiff,<br><br> v.<br><br>A. ARREDONDO, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00441-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 10)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff David Falls is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 26, 2019, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendant Arredondo, in his individual capacity, for excessive force in violation of the Eighth Amendment, but failed to state any other cognizable claims against any other defendants. (ECF No. 10.) The Court ordered Plaintiff to either file a first amended complaint or notify the Court in writing of his willingness to proceed only on the cognizable claims, within thirty (30) days from the date of service of the order. (Id.)

However, Plaintiff has not filed a first amended complaint, notified the Court in writing of his willingness to proceed only on the claims found cognizable by the Court, or otherwise

1

communicated with the Court, and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's August 26, 2019 screening order and failure to prosecute. Plaintiff can comply with this order to show cause by filing a first amended complaint in compliance with the Court's August 26, 2019 screening order or by notifying the Court in writing of his willingness to proceed only on the claims found to be cognizable by the Court. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a district judge that the instant action be dismissed for failure to prosecute and failure to obey a court order</u>.

IT IS SO ORDERED.

Dated: __**October 29, 2019**__ _____
UNITED STATES MAGISTRATE JUDGE