# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS, <br><br> Plaintiff, <br><br> v. <br><br> A. ARREDONDO, et al., <br><br> Defendants. | Case No. 1:19-cv-00441-SAB (PC) <br><br> ORDER VACATING ORDER TO SHOW CAUSE ISSUED OCTOBER 29, 2019 <br><br> (ECF No. 11) <br><br> ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT <br><br> **THIRTY (30) DAY DEADLINE** |

Plaintiff David Falls is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 26, 2019, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendant Arredondo, in his individual capacity, for excessive force in violation of the Eighth Amendment, but failed to state any other cognizable claims against any other defendants. (ECF No. 10.) The Court ordered Plaintiff to either file a first amended complaint or notify the Court in writing of his willingness to proceed only on the cognizable claims, within thirty (30) days from the date of service of the order. (Id.)

Plaintiff failed to file a first amended complaint, notify the Court in writing of his willingness to proceed only on the claims found cognizable by the Court, or otherwise communicate with the Court within the allotted time. Therefore, on October 29, 2019, the Court

1

ordered Plaintiff to show cause in writing why this action should not be dismissed for Plaintiff's failure to comply with the Court's August 26, 2019 screening order and failure to prosecute, within fourteen (14) days from the date of service of the order. (ECF No. 11.)

On November 25, 2019, Plaintiff filed a written response to the Court's order to show cause. (ECF No. 12.) In his response, Plaintiff states that this action should not be dismissed because, on September 25, 2019, he timely sent a 33-page first amended complaint via "e-file" through the prison law library, along with a motion for discovery. (Id.)

However, no first amended complaint and/or motion for discovery have been filed in this action. Additionally, any submission of a first amended complaint and/or a motion for discovery through the e-filing system at Kern Valley State Prison would be improper. The Court's Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiffs Incarcerated at Participating Penal Institutions specifically states that the standing order only applies to the <u>initial</u> filings by a plaintiff, but that <u>all other filings</u>, which would include a first amended complaint and a motion for discovery, <u>must</u> be filed by physically mailing the documents to the Court.

Therefore, the Court finds that the interest of justice requires that the Court vacate the order to show cause and grant Plaintiff a thirty (30) day extension of time in which to mail his first amended complaint, and any other documents that he wishes to file, to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on October 29, 2019, (ECF No. 11), is VACATED;

2. Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file either:

   a. A first amended complaint curing the deficiencies identified by the Court in its August 26, 2019 order; or

   b. A notice of his intend to proceed only on the cognizable claim identified by the Court in its August 26, 2019 order; and

3. <u>Plaintiff is warned that failure to comply with this order will result in a</u>

recommendation to the District Judge that this action be dismissed for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: **November 26, 2019**

_____
UNITED STATES MAGISTRATE JUDGE