| | |
|---|---|
| DAVID FALLS,<br><br>            Plaintiff,<br><br>   v.<br><br>A. ARREDONDO, et al.,<br><br>            Defendants. | Case No. 1:19-cv-00441-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS<br><br>(ECF Nos. 10, 13)<br><br>**FOURTEEN (14) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff David Falls is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 26, 2019, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendant Arredondo, in his individual capacity, for excessive force in violation of the Eighth Amendment, but failed to state any other cognizable claims against any other defendants. (ECF No. 10.) The Court ordered Plaintiff to either file a first amended complaint or notify the Court in writing of his willingness to proceed only on the cognizable claims, within thirty (30) days from the date of service of the order. (Id.)

Plaintiff failed to file a first amended complaint, notify the Court in writing of his willingness to proceed only on the claims found cognizable by the Court, or otherwise

1

communicate with the Court within the allotted time. Therefore, on October 29, 2019, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for Plaintiff's failure to comply with the Court's August 26, 2019 screening order and failure to prosecute, within fourteen (14) days from the date of service of the order. (ECF No. 11.)

On November 25, 2019, Plaintiff filed a written response to the Court's order to show cause, contending that this action should not be dismissed because he had timely sent a 33-page first amended complaint via "e-file" through the prison law library. (ECF No. 12.)

On November 26, 2019, the Court issued an order vacating the October 29, 2019 order to show cause, and informing Plaintiff that no first amended complaint has been filed in this action and that any submission of a first amended complaint through the e-filing system at Kern Valley State Prison would be improper. (ECF No. 13.) The Court granted Plaintiff a thirty (30) day extension of time to file by mail either a first amended complaint or a notice of Plaintiff's intent to proceed only on the cognizable claim identified by the Court in its August 26, 2019 screening order. (Id.)

However, Plaintiff has not filed a first amended complaint, notified the Court in writing of his willingness to proceed only on the claim found cognizable by the Court, or otherwise communicated with the Court, and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's August 26, 2019 and November 26, 2019 orders and failure to prosecute. Plaintiff can comply with this order to show cause by either filing a first amended complaint in compliance with the Court's August 26, 2019 screening order or by notifying the Court in writing of his willingness to proceed only on the claim found to be cognizable by the Court.

///
///
///
///

<u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that the instant action be dismissed for failure to prosecute and failure to obey court orders</u>.

IT IS SO ORDERED.

Dated:  **January 6, 2020**  _____
UNITED STATES MAGISTRATE JUDGE