UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS,<br><br>   Plaintiff,<br><br>  v.<br><br>A. ARREDONDO, et al.,<br><br>   Defendants. | No. 1:19-cv-00441-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 24) |

  Plaintiff David Falls is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On August 27, 2019, the assigned magistrate judge filed a screening order, finding that plaintiff's complaint (Doc. No. 1) states a cognizable claim of excessive force against Defendant A. Arredondo in his individual capacity, pursuant to 42 U.S.C. § 1983, but that all other claims are not cognizable. (Doc. No. 10.) The magistrate judge directed plaintiff to file a first amended complaint curing the deficiencies in his pleading or notify the court of his desire to proceed only on the claim of excessive force. (*Id.* at 11.) Pursuant to the screening order, plaintiff filed a notice that he wishes to proceed only on the claim found cognizable against Defendant Arredondo. (Doc. No. 23.)

///

1 | Accordingly, on April 2, 2020, the assigned magistrate judge filed findings and recommendations, recommending (1) that Plaintiff's claims be dismissed, except for his Eighth Amendment excessive force claim against Defendant A. Arredondo in his individual capacity, pursuant to 42 U.S.C. § 1983, and (2) that Defendants D. Davey, J. Gallagher, and M. Gamboa be dismissed.  (Doc. No. 24.)  The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto.  (*Id.* at 2.)  Plaintiff has not filed objections and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 2, 2020 (Doc. No. 24) are adopted in full;
2. Defendants Davey, Gallagher (spelled "Gallaghes" on the docket), and Gamboa are dismissed;
3. All claims in plaintiff's complaint are dismissed, except for plaintiff's Eighth Amendment excessive force claim against Defendant Arredondo in his individual capacity, under 42 U.S.C. § 1983; and,
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **May 19, 2020**

UNITED STATES DISTRICT JUDGE

2