UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS,<br><br>            Plaintiff,<br><br>     v.<br><br>A. ARREDONDO,<br><br>            Defendant. | Case No. 1:19-cv-00441-NONE-JLT (PC)<br><br>**ORDER LIFTING STAY** |

On June 24, 2020, the Court issued an order staying this case and referring it to Alternative Dispute Resolution. (Doc. 31.) Defendants filed a notice opting out of ADR on July 24, 2020. (Doc. 36.) Accordingly, the Court ORDERS:

1. The stay is LIFTED; and,
2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order.

IT IS SO ORDERED.

   Dated:   **July 26, 2020**              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE