UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ARREDONDO,<br><br>    Defendant. | Case No. 1:19-cv-00441-NONE-JLT (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 39) |

Defendant moves to modify the Court's discovery and scheduling order to extend the discovery deadline by 120 days. (Doc. 39.) Plaintiff has not filed the motion, and the time to do so has passed. *See* Local Rule 230(l). The Court finds good cause to support the request. Accordingly, the Court GRANTS Defendant's motion and sets the following new dates:

1. The deadline for completing all discovery, including filing motions to compel, is April 26, 2021;
2. The deadline for filing pretrial dispositive motions is June 25, 2021.

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated: __January 21, 2021__          __/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE