UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FALLS,

          Plaintiff,

    v.

A. ARREDONDO,

          Defendant.

No. 1:19-cv-00441-NONE-JLT

ORDER REASSIGNING CASE

      All parties have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Doc. Nos. 9, 35.)  Accordingly, the court reassigns this action to the docket of United States Magistrate Judge Jennifer L. Thurston for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

      To prevent delays in the processing of documents, the new case number below should be used on all future filings in this action:

**1:19-cv-00441-JLT**

IT IS SO ORDERED.

    Dated:  __October 18, 2021__

_____
UNITED STATES DISTRICT JUDGE