# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS,<br><br>              Plaintiff,<br><br>       v.<br><br>A. ARREDONDO,<br><br>              Defendants. | Case No. 1:19-cv-00441-BAK (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>21-DAY DEADLINE |

Plaintiff David Falls ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. On August 27, 2021, Defendant Arredondo ("Defendant") filed a motion for summary judgment. (ECF No. 51.) Pursuant to Local Rule 230(l), and as explained in Defendants' Notice of Motion (*id.* at 1), Plaintiff had 21 days to file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. On September 29, 2021, the Court granted Plaintiff an extension of time to file an opposition or a statement of non-opposition. (ECF No. 55.) Although more than the provided time has passed, Plaintiff has failed to do so.

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. **Failure to comply with this order will result in a recommendation that**

1 | **this case be dismissed for failure to prosecute.**

3 | IT IS SO ORDERED.

4 | Dated:   **January 19, 2022**

UNITED STATES MAGISTRATE JUDGE