# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FALLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. ARREDONDO,<br><br>　　　　Defendants. | Case No. 1:19-cv-00441-BAK (SAB) (PC)<br><br>**ORDER FOLLOWING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　　Plaintiff David Falls ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. On August 27, 2021, Defendant Arredondo ("Defendant") filed a motion for summary judgment. (ECF No. 51.) Pursuant to Local Rule 230(l), and as explained in Defendant's Notice of Motion (*id.* at 1), Plaintiff had 21 days to file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. On September 29, 2021, the Court granted Plaintiff an extension of time to file an opposition or a statement of non-opposition. (ECF No. 55.) Although more than the provided time has passed, Plaintiff has failed to do so. Defendant filed notice concerning Plaintiff's failure to oppose the motion for summary judgment. (ECF No. 60.) On January 20, 2022, the Court issued an Order to Show Cause why the

action should not be dismissed for a failure to prosecute. (ECF No. 62.) Plaintiff filed a response on February 14, 2022. (ECF No. 63.)

More particularly, Plaintiff states he "sent" his opposition to the motion "to the courts and defendant" within the applicable 21-day period, and that outgoing legal mail is documented and can be verified "by the Courts." (ECF No. 63 at 1.) Further, Plaintiff states he retained a copy of the "previously filed" opposition but has been unable to access the law library due to pandemic restrictions. (ECF No. 63 at 1-2.) Plaintiff indicates he is prepared "to send his copy" to the Court to avoid dismissal of this action. (ECF No. 63 at 2.)

Despite Plaintiff's assertion that he sent his opposition to Defendant's motion for summary judgment to the Court, no such opposition has been *filed* with this Court. Because Plaintiff states he retained a copy of his opposition, Plaintiff will be afforded one last opportunity to file an opposition to the motion for summary judgment. He shall do so no later than 21 days from the date of this order. In the event Plaintiff continues to encounter difficulties accessing the law library to make a copy of his opposition to ensure it is filed with the Court, Plaintiff may seek an extension of time beyond the 21 days provided for herein.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall file his opposition to Defendant's summary judgment motion no later than **21 days** from the date of service of this order; and
2. **Plaintiff's failure to comply with this order will result in a recommendation that his case be dismissed for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **February 16, 2022**

UNITED STATES MAGISTRATE JUDGE